# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| MERCY HEALTH NETWORK, INC., d/b/a MERCYONE,<br><br>   Appellant,<br><br>vs.<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, MERCY SERVICES IOWA CITY, INC., and MERCY IOWA CITY ACO, LLC,<br><br>   Appellees. | No. 24-CV-68 CJW-MAR<br><br>**ORDER SCHEDULING ORAL ARGUMENT** |

_____

  The Court will conduct oral argument on the Motion to Dismiss (Doc. 33) and the Appeal on **Wednesday, January 22, 2025, at 3:00 p.m.;** United States Courthouse, Courtroom 1, 111 Seventh Avenue SE, Cedar Rapids, Iowa.

  If any party wishes to appear remotely, that party is directed to contact Chambers' staff at Sali_vanweelden@iand.uscourts.gov

  **IT IS SO ORDERED** this 22nd day of October, 2024.

_____
C.J. Williams, Chief Judge
United States District Court
Northern District of Iowa